O'GORMAN & YOUNG, INCORPORATED, A CORPORATION OF THE STATE OF NEW JERSEY, APPELLANT, v. PHOENIX ASSURANCE COMPANY, LIMITED, OF LONDON, A CORPORATION OF GREAT BRITAIN, RESPONDENT.

O'GORMAN & YOUNG, INCORPORATED, A CORPORATION OF THE STATE OF NEW JERSEY, APPELLANT, v. HARTFORD FIRE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, A CORPORATION OF THE STATE OF CONNECTICUT, RESPONDENT.

Argued February 19, 1929—Decided May 20, 1929.

644

For the appellant, *Pilgrim & Ritger*.

For the respondents, *Lum, Tamblyn & Colyer*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion by Judge Dungan in the Circuit Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, KALISCH, BLACK, McGLENNON, KAYS, JJ. 8.

*For reversal*—CAMPBELL, LLOYD, CASE, VAN BUSKIRK, HETFIELD, DEAR, JJ. 6.